[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
November 16, 2006
THOMAS K. KAHN
CLERK

No. 05-16510
Non-Argument Calendar

_____

D. C. Docket No. 03-03087-CV-AR-S

IRIS J. MILLS,

Plaintiff-Appellee,

versus

BIRMINGHAM BOARD OF EDUCATION,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(November 16, 2006)**

Before DUBINA, CARNES and FAY, Circuit Judges.

PER CURIAM:

Iris Mills, appellee, was awarded damages on her claim of interference with her rights under the Family and Medical Leave Act, 29 U.S.C. §§ 2601-2654 (1994). The Birmingham Board of Education, appellant, appeals and raises two issues: (1) Whether Mills is entitled to damages for such a claim, and (2) Whether the district court erred in awarding liquidated damages.

After studying the record and the briefs of the parties, we find no merit in these contentions. The case was properly submitted to a jury and the verdict is supported by the evidence. Thereafter, the trial judge properly awarded liquidated damages as provided for in the statutes.

AFFIRMED.